## A05A1569. CHARBONNEAU v. THE STATE.
### (641 SE2d 556)

ADAMS, Judge.

In *State v. Charbonneau*, 281 Ga. 46 (635 SE2d 759) (2006), the Supreme Court of Georgia reversed the judgment of this Court in *Charbonneau v. State*, 275 Ga. App. 495 (621 SE2d 514) (2005).

---

[1] 281 Ga. 169 (637 SE2d 27) (2006).

[2] 274 Ga. App. 483 (618 SE2d 139) (2005).

Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Smith, P. J., and Ellington, J., concur.*

DECIDED JANUARY 5, 2007.

*Walter M. Chapman*, for appellant.
*William T. McBroom, District Attorney, Cindy L. Spindler, Assistant District Attorney*, for appellee.